[DO NOT PUBLISH]

In the

# United States Court of Appeals

## For the Eleventh Circuit

_____

No. 21-11645

Non-Argument Calendar

_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

*versus*

WALKER WASHINGTON,
a.k.a. Cap,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Georgia
D.C. Docket No. 1:20-cr-00015-DHB-BKE-2

_____

Before ROSENBAUM, JILL PRYOR, and BRANCH, Circuit Judges.

PER CURIAM:

Grant K. Usry, appointed counsel for Walker Washington in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738 (1967). Washington, in turn, has personally requested that we either appoint substitute counsel or compel Usry to continue representing him. Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit that could be raised either by counsel or substitute counsel, counsel's motion to withdraw is **GRANTED**, Washington's motion for substitute counsel is **DENIED**, and Washington's conviction and sentence are **AFFIRMED**.